No. 290, Misc.   McDERMOTT *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE Co.   C. A. 3d Cir.   Certiorari denied.   *Philip Dorfman* for petitioner.

No. 299, Misc.   RITCHIE *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 301, Misc.   CARRAWAY *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 309, Misc.   RIVERA *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 319, Misc.   UNITED STATES EX REL. CUOMO *v.* FAY, WARDEN, ET AL.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.   Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *Samuel A. Hirshowitz,* Assistant Solicitor General, and *George K. Bernstein,* Assistant Attorney General, for respondents.

No. 329, Misc.   CARRIER *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 335, Misc.   DECOTEAU *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin* for the United States.

No. 339, Misc.   CRISPELL *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 353, Misc.   IN RE MORRIS.   Supreme Court of California.   Certiorari denied.